STATE of Missouri, Respondent,

v.

Jonathan M. RIGGS, Defendant–Appellant.

No. ED 84027.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 22, 2005.

Henry B. Robertson, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Leslie E. McNamara, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., LAWRENCE G. CRAHAN and MARY K. HOFF, JJ.

## ORDER

PER CURIAM.

The defendant, Jonathan Riggs, appeals from the judgment and sentence entered after a jury found him guilty of murder in the second degree, robbery in the first degree, and burglary in the first degree. No jurisprudential purpose would be served by a written opinion. The parties have been provided with a memorandum for their information only setting forth the reasons for this order. The judgment is affirmed. Rule 30.25(b).